*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Barbara Decoyise Wright
    Debtor(s)

Case No: 18–17925–mdc

Chapter: 13

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the remainder of final installment payment in the amount of $0.50

will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 4/30/19

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: April 10, 2019