United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 18-17925-mdc
Barbara Decoyise Wright                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: jch              Page 1 of 1           Date Rcvd: Apr 10, 2019
                             Form ID: 175            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db             +Barbara Decoyise Wright,   1609 West 3rd Street,   Chester, PA 19013-3104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
          CAROLYN ELAINE JOHNSON    on behalf of Debtor Barbara Decoyise Wright cjohnson@lasp.org,
           r50866@notify.bestcase.com
          CORINNE SAMLER BRENNAN    on behalf of Creditor   Franklin Mint Federal Credit Union
           cbrennan@klehr.com,   nharrison@klehr.com
          J. ADAM MATLAWSKI    on behalf of Creditor   Delcora amatlawski@mbmlawoffice.com
          REBECCA ANN SOLARZ    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                          TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Barbara Decoyise Wright

    Debtor(s)

Case No: 18–17925–mdc

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay the remainder of
final installment payment in the
amount of $0.50

will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 4/30/19

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: April 10, 2019

39
Form 175