UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

May 22, 2019

To:
**Carolyn Johnson, Esq.**

                        In re: **Barbara Decoyise Wright**
                        Bankruptcy No. **18-17925MDC**
                        Adversary No.
                        Chapter 13

Re **Amended Schedule D (docket #44)**

The above document(s) were filed in this office on 5/21/19. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

        ( )       Voluntary Petition
        ( )       Adversary Proceeding
        (x)       $31.00 Filing Fee for Amendments
        ( )       $25.00 Claims Transfer Fee
        ( )       Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                                       Timothy B. McGrath
                                       Clerk

                                       By:**Randi Janoff**
                                          Deputy Clerk

*Fee Notice*
*(11/26/18)*