UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  |  Chapter 13

**Barbara Decoyise Wright**

Debtor  |  Bankr. No. 18-17925MDC

## Certification of Service

I, Rita A. Dawson, Paralegal to Carolyn Johnson, Esquire, counsel for the debtor, certify that on May 23, 2019, 1st Amended Chapter 13 Plan is being served electronically or by first class mail, as the case may be, on the following parties:

William C. Miller, Esquire
1234 Market Street
Suite 18-341
Philadelphia, PA  19107

DELCORA
100 E. 5th Street
Chester, PA  19013

United States Trustee
Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Pennsylvania Housing Finance Agency
PO Box 15057
Harrisburg, PA  17105-5057

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

Advance America
135 North Church Street
Spartanburg, SC  29306

Barbara Decoyise Wright
1609 West 3rd Street
Chester, PA  19013

/s/Rita A. Dawson
Rita A. Dawson, Paralegal
LEGAL AID OF SOUTHEASTERN PA
419 Avenue of the States, Suite 605
Chester, PA  19013
(610) 874-8421