UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| **Barbara Decoyise Wright** | |
| Debtor | Bankr. No.  18-17925MDC |

## Certification of Service

      I, Carolyn Johnson, Esquire, counsel for the debtor, certify that on August 13, 2019, 2nd Amended Chapter 13 Plan is being served electronically or by first class mail, as the case may be, on the following parties:

William C. Miller, Esquire
1234 Market Street
Suite 18-341
Philadelphia, PA  19107

DELCORA
100 E. 5th Street
Chester, PA  19013

United States Trustee
Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Pennsylvania Housing Finance Agency
PO Box 15057
Harrisburg, PA  17105-5057

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

Advance America
135 North Church Street
Spartanburg, SC  29306

Barbara Decoyise Wright
1609 West 3rd Street
Chester, PA  19013

        /s/Carolyn Johnson
        Carolyn Johnson, Esquire
        LEGAL AID OF SOUTHEASTERN PA
        419 Avenue of the States, Suite 605
        Chester, PA  19013
        (610) 874-8421