UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| **Barbara Decoyise Wright** | |
| Debtor | Bankr. No. 18-17925 |

## Certification of Service

      I, Rita A. Dawson, Paralegal to Carolyn Johnson, Esquire, counsel for the debtor, certify that on December 19, 2019, Motion for Sanctions and Contempt is being served electronically or by first class mail, as the case may be, on the following parties:

William C. Miller, Esquire
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

DELCORA
100 East 5th Street
Chester, PA 19013

Tracey Harris, Customer Billing
  Specialist
DELCORA
100 East 5th Street
Chester, PA 19013

Robert J. Willert, Executive Director
DELCORA
100 East 5th Street
Chester, PA 19013

John Pileggi, Controller
DELCORA
100 East 5th Street
Chester, PA 19013

United States Trustee
Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 119107

J. Adam Matlawski, Esquire
McNichol, Byrne, & Matlawski
1223 North Providence Road
Media, PA 19063

Respectfully Submitted:

s/Rita A. Dawson
Rita A. Dawson, Paralegal
For Legal Aid of Southeastern PA
419 Avenue of the States,
 Suite 605
Chester, PA 19013