UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| **Barbara Decoyise Wright** | |
| Debtor | Bankr. No. 18-17925MDC |

## Certification of Service

      I, Rita A. Dawson, Paralegal to Carolyn Johnson, Esquire, counsel for the debtor, certify that on January 2, 2020, 5th Amended Chapter 13 Plan is being served electronically or by first class mail, as the case may be, on the following parties:

DELCORA
100 E. 5th Street
Chester, PA  19013

Pennsylvania Housing Finance Agency
PO Box 15057
Harrisburg, PA  17105-5057

Advance America
135 North Church Street
Spartanburg, SC  29306

Barbara Decoyise Wright
1609 West 3rd Street
Chester, PA  19013

      /s/Rita A. Dawson
      Rita A. Dawson, Paralegal
      LEGAL AID OF SOUTHEASTERN PA
      419 Avenue of the States, Suite 605
      Chester, PA  19013
      (610) 874-8421