## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 18-17925-MDC

BARBARA DECOYISE WRIGHT

1609 WEST 3RD STREET

CHESTER, PA 19013

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

BARBARA DECOYISE WRIGHT

1609 WEST 3RD STREET

CHESTER, PA 19013

Counsel for debtor(s), by electronic notice only.

CAROLYN ELAINE JOHNSON
LEGAL AID OF SOUTHEASTER PA
410 WELSH ST
CHESTER, PA 19013-

Date: 1/17/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee