UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | BANKRUPTCY NO. 18-17925 MDC |
| Barbara Decoyise Wright, | : | |
| | : | |
| Debtor. | : | |
| | : | |

**Stipulation of Settlement of Motion
For Contempt Pursuant to 11 U.S.C. 362(h)**

This matter having been brought before the Court on a Motion for Sanctions for Violation of the Automatic Stay against creditor Delaware County Regional Water Control Authority (DELCORA) by Carolyn E. Johnson, Esquire, attorney for the debtor Barbara Decoyise Wright and the creditor having opposed such motion through their counsel McNichol, Byrne & Matlawski, P.C. and the parties having resolved said motion hereinafter set forth and by the agreement of all counsel the parties hereby stipulate:

1. Respondent DELCORA will withdraw the 30-Day Notice issued on November 21, 2019.

2. Respondent DELCORA will not issue any new notices to terminate Movant's water/sewer service to collect the debt that is subject to the debtor's chapter 13 bankruptcy filing and being paid through the plan.

3. Respondent DELCORA shall file with the United States Bankruptcy Court, Eastern District of Pennsylvania an amended Proof of Claim reducing the sum due and owing by Movant Barbara Decoyise Wright by fifty percent (50%) within ten (10) days of the approval of this stipulation by the Court.

4. Respondent DELCORA shall pay the sum of $1,710.10 in attorney fees to "Legal Aid of Southeastern Pennsylvania." The funds shall be remitted to "Legal Aid of Southeastern Pennsylvania" within ten days (10) of the approval of this stipulation by the Court.

5. If either party fails to act as agreed upon then this agreement will be considered to be null and void and either party may pursue any and all remedies available to them.

6. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

_____   2/7/2020
Carolyn Elaine Johnson, Esquire
Attorney for the Debtor/Movant

_____
J. Adam Matlawski, Esquire
Attorney for DELCORA