**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | BANKRUPTCY NO. 18-17925 MDC |
| **Barbara Decoyise Wright,** | : | |
| | : | |
| **Debtor.** | : | |
| _____ | : | |

**Order on the**
**Stipulation of the Parties**

AND NOW, this _____ day of _____, 20\_\_\_, upon consideration of the Stipulation of Settlement of Motion for Contempt of Barbara Decoyise Wright and Delaware County Regional Water Quality Control Authority it is Ordered that:

1. DELCORA will withdraw the 30-Day Notice issued on November 21, 2019.

2. DELCORA will not issue any new notices to terminate Movant's water/sewer service to collect the debt that is subject to the debtor's chapter 13 bankruptcy filing and being paid through the plan.

3. DELCORA shall file with the United States Bankruptcy Court, Eastern District of Pennsylvania an amended Proof of Claim reducing the sum due and owing by Movant Barbara Decoyise Wright by fifty percent (50%) within ten (10) days of this Order.

4. DELCORA shall pay the sum of $1,710.10 in attorney fees to "Legal Aid of Southeastern Pennsylvania."  The funds shall be remitted to "Legal Aid of Southeastern Pennsylvania" within ten days (10) of this Order.

DATE:_____                    _____

Magdeline D. Coleman, Chief Judge
United States Bankruptcy Judge