United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17925-mdc
Barbara Decoyise Wright                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 1              Date Rcvd: Feb 11, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db             +Barbara Decoyise Wright,   1609 West 3rd Street,   Chester, PA 19013-3104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              CAROLYN ELAINE JOHNSON    on behalf of Debtor Barbara Decoyise Wright cjohnson@lasp.org,
               r50866@notify.bestcase.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,    swenitsky@klehr.com
              J. ADAM MATLAWSKI    on behalf of Creditor    Delcora amatlawski@mbmlawoffice.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY as servicer for
                HABITAT FOR HUMANITY bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | BANKRUPTCY NO. 18-17925 MDC |
| Barbara Decoyise Wright, | : | |
| | : | |
| Debtor. | : | |
| | : | |

## Order on the Stipulation of the Parties

AND NOW, this \_\_\_\_11th\_\_\_\_ day of \_\_February\_\_, 2020, upon consideration of the Stipulation of Settlement of Motion for Contempt of Barbara Decoyise Wright and Delaware County Regional Water Quality Control Authority it is Ordered that:

1. DELCORA will withdraw the 30-Day Notice issued on November 21, 2019.

2. DELCORA will not issue any new notices to terminate Movant's water/sewer service to collect the debt that is subject to the debtor's chapter 13 bankruptcy filing and being paid through the plan.

3. DELCORA shall file with the United States Bankruptcy Court, Eastern District of Pennsylvania an amended Proof of Claim reducing the sum due and owing by Movant Barbara Decoyise Wright by fifty percent (50%) within ten (10) days of this Order.

4. DELCORA shall pay the sum of $1,710.10 in attorney fees to "Legal Aid of Southeastern Pennsylvania." The funds shall be remitted to "Legal Aid of Southeastern Pennsylvania" within ten days (10) of this Order.

DATE: 2/11/2020

Magdeline D. Coleman, Chief Judge
United States Bankruptcy Judge