United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 18-17925-mdc

Barbara Decoyise Wright                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2022 | Form ID: 138OBJ | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Decoyise Wright, 1609 West 3rd Street, Chester, PA 19013-3104 |
| 14238839 | + | Advance America #4674, 2720 Philadelphia Pike, Claymont, DE 19703-2568 |
| 14238846 | + | Crozer Keystone Health System, HAN Central Business Office, 2602 W. 9th Street, MOB 3rd FL, Chester, PA 19013-2089 |
| 14238847 | + | Crozer-Keystone Health System, Correspondence Address, PO Box 9800, Pompano Beach, FL 33075-0800 |
| 14238848 | + | DELCORA, 100 East 5th Street, Chester, PA 19013-4508 |
| 14238850 | + | EMG Acquisition Company of DE, LLC, D/B/A Easy Money EMO, DBA Minute Loan CT, 272 Bendix Road Suite 500, Virginia Beach, VA 23452-1367 |
| 14245274 | + | Franklin Mint FCU, c/o Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14321300 | + | HABITAT FOR HUMANITY, Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14238854 | + | Minute Loan Center, 3603 A Philadelphia Pike, Claymont, DE 19703-3111 |
| 14303340 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14238859 | + | Southeast Radiology LTD, 300 Evergreen Drive, Suite 210, Glen Mills, PA 19342-1059 |
| 14649816 | + | Stormwater Authority of the City of Chester, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14238863 | + | Wills Eye Hospital, 840 Walnut Street, Philadelphia, PA 19107-5599 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 26 2022 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 26 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14238840 | | Email/Text: ebn@americollect.com | Nov 26 2022 00:11:00 | Americollect, 1851 South Alverno Road, Manitowoc, WI 54220 |
| 14238841 | + | Email/Text: g20956@att.com | Nov 26 2022 00:11:00 | AT&T, c/o Bankruptcy, 1801 Valley View Lane, Dallas, TX 75234-8906 |
| 14238838 | + | Email/Text: bnc@advanceamerica.net | Nov 26 2022 00:11:00 | Advance America, 333 Naamans Road, Suite 36, Claymont, DE 19703-2804 |
| 14242554 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 26 2022 00:11:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14238858 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 26 2022 00:11:00 | RBS Citizens NA, 1000 Lafayetta Blvd, Bridgeport, CT 06604 |
| 14238843 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 26 2022 00:11:00 | Citizens Bank, 1 Citizens Plaza, Providence, RI 02903 |
| 14238842 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2022 00:15:01 | Capital One Bank USA NA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 14238844 | + | Email/Text: documentfiling@lciinc.com | | |

District/off: 0313-2                                  User: admin                                              Page 2 of 3
Date Rcvd: Nov 25, 2022                               Form ID: 138OBJ                                          Total Noticed: 42

|  |  |  | Nov 26 2022 00:11:00 | Comcast Cable Communications, 1701 JFK Blvd, Philadelphia, PA 19103-2838 |
| 14238845 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:11:00 | Comenity Capital Bank/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 14238849 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2022 00:15:04 | DSNB/Macys, P.O. Box 8218, Monroe, OH 45050 |
| 14271246 |  | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2022 00:11:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14238851 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 26 2022 00:11:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14238852 |  | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Nov 26 2022 00:11:00 | Franklin Mint FCU, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 14246384 |  | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Nov 26 2022 00:11:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 14238853 |  | Email/Text: Bankruptcy@ICSystem.com | Nov 26 2022 00:11:00 | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14251803 |  | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:15:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14251723 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 26 2022 00:15:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14250633 | + | Email/Text: bnc@advanceamerica.net | Nov 26 2022 00:11:00 | NCAS of Delaware LLC, Advance America, 135 North Church St., Spartanburg, SC 29306-5138 |
| 14238855 | + | Email/Text: cedwards@ncsplus.com | Nov 26 2022 00:11:00 | NTL Credit Systems, 117 East 24th Street, New York, NY 10010-2937 |
| 14268263 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:15:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14238856 |  | Email/Text: bkrnotice@prgmail.com | Nov 26 2022 00:11:00 | Paragon Revenue Group, 216 Le Phillip Ct., Concord, NC 28025-2954 |
| 14238857 |  | Email/Text: blegal@phfa.org | Nov 26 2022 00:11:00 | Pennslyvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14267188 |  | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2022 00:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14238860 |  | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:15:04 | Syncb/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14240640 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:15:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14238861 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 26 2022 00:11:00 | Verizon (Bankruptcy), 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 14238862 | ^ | MEBN | Nov 26 2022 00:10:55 | Waypoint Resource Group LLC, PO Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-2                                    User: admin                                    Page 3 of 3

Date Rcvd: Nov 25, 2022                          Form ID: 138OBJ                          Total Noticed: 42

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2022                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY as servicer for HABITAT FOR HUMANITY bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CAROLYN ELAINE JOHNSON | on behalf of Debtor Barbara Decoyise Wright cjohnson@lasp.org  r50866@notify.bestcase.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| J. ADAM MATLAWSKI | on behalf of Creditor Delcora amatlawski@mbmlawoffice.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Stormwater Authority of the City of Chester jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Barbara Decoyise Wright

             Debtor(s)

Case No: 18−17925−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:


The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/25/22

104 − 103
Form 138OBJ