UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

BARBARA DECOYISE WRIGHT : CHAPTER 13

            Debtor : #18-17925 MDC

## WITHDRAW and ENTRY OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of Debtor.

|  |  |
|---|---|
| March 7, 2023 | LEGAL AID OF SOUTHEASTERN PENNSYLVANIA |
|  | /s/ Carolyn Johnson, Esquire<br>Withdrawing Counsel<br>PA ID # 49188 |

TO THE CLERK:

Kindly enter my appearance on behalf of Debtor.

|  |  |
|---|---|
|  | LEGAL AID OF SOUTHEASTERN PENNSYLVANIA |
| March 7, 2023 | /s/ Joseph A. Diorio, Esquire |
|  | Entering Counsel<br>PA ID # 52601 |